**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-6404**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

   v.

GEORGE WASHINGTON CRANE, V,

    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:13-cr-00297-LO-1)

Submitted: June 14, 2018           Decided: June 19, 2018

Before TRAXLER, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

George Washington Crane, V, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Washington Crane, V appeals the district court's order denying his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error. Accordingly, although we grant Crane leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *United States v. Crane*, No. 1:13-cr-00297-LO-1 (E.D. Va. Apr. 4, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*